IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MRS. NICOLETTE CREMEANS, *et al.*,

    Plaintiffs,

                                  Civil Action 2:19-cv-02703
                                  Chief Judge Algenon L. Marbley
    v.                          Magistrate Judge Elizabeth P. Deavers

SAMANTHA TACZAK, *et al.*,

    Defendants.

## ORDER

This matter is before the Court for consideration of Plaintiffs' Motion for an Extension of Time to Respond to Defendants' Combined Motion for Summary Judgment and Brief in Opposition to Plaintiffs' Motion for Summary Judgment. (ECF No. 121.) The Motion is **GRANTED**. Plaintiffs shall have until **JANUARY 25, 2022** to respond to Defendants' Combined Motion for Summary Judgment and Brief in Opposition to Plaintiffs' Motion for Summary Judgment, ECF No. 110.

    **IT IS SO ORDERED.**

**Date: January 19, 2022**                        /s/ *Elizabeth A. Preston Deavers*
                                                             **ELIZABETH A. PRESTON DEAVERS**
                                                              **UNITED STATES MAGISTRATE JUDGE**